1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
2015 SEP -9 A II: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

Bryant Evans  AIS 00186474
Pro-se

CV-15-P-1553-S

(Enter above the full name(s) of the plaintiff(s) in this action.)

v

Chaplain George Adams

In his official Capacity

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2.  Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3.  Docket Number _____

      4.  Name of judge to whom case was assigned _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

   6. Approximate date of filing lawsuit _____

   7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( )

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not? _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _____

      Address _____

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B.  Defendant _____

   is employed as _____

   at _____

C.  Additional Defendants _____

   _____

   _____

   _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9 -3 -15__
            (date)

*Bryant Evans*
*100 Warrior Ln*
*Bessemer Al 35023*

Signature(s)

# Statement of Facts

## Discrimination because of Religious Affiliation!

On April 3rd 2014, the Islamic Communities: Orthodox Sunni, Nation of Islam, Nation of Gods and Earths (5% Nation), Moorish Science Temple of America (M.S.T. of A), sent a complaint to Warden Cheryl Price (See Exhibit A).

All Islamic communities had their services suspended because of an unknown inmate at an unknown time who wrote racist remarks on the restroom wall along with a swastika. The second incident involved a prisoner or prisoners whom burglarized an utility shed located on the chapel grounds.

There has been incidents of inmates using derogatory language, instead of officer's who's assigned to chapel writing up said inmate, the chaplain saw fit to suspend whatever Islamic group from the chapel.

The Nation of Gods and Earths (5% nation) has had their service moved to the gym because of an education classes being conducted in the chapel "See Exhibit B" on Thursday. "(U.A.B Body Health)"

On 8-4-15, Inmate Craig Evans sent complaint ("See Exhibit C") to Chaplain, Warden, and Commissioner complaining about the Chaplain superceding our religious services for educational classes even though this facility has an educational wing that was unused at said times.

We have been discriminated against strictly for Religious affiliation. No Christian service has been relegated to the gym for no reason.

## Relief

We ask for injunctive Relief, so we can't have our services suspended because of one individual using foul language and that we not be discriminated against and be treated like every other Christian Service. i.e... no moving our services out of chapel for educational classes.

Exhibit A

Fr: Islamic Communities, i.e.
Orthodox Sunni, Nation of Islam (N.O.I), Nation of Gods and Earths (5% Nation), Moorish Science Temple of America (M.S.T of A)

100 Warrior Lane
Bessemer, AL. 35023

To: Cheryl Price, Warden III

Date: April. 3, 2014

Re: Disallowance of Islamic Groups to assemble in Institutional Chapel...

## Complaint

This is a complaint filed by the above Islamic communities, state prisoners, alleging violation of their constitutional rights, and seek administrative relief, declaratory judgment, and injunctive relief.

## Facts

On or about the weekend of March. 29th thru the 31st, two seperate incidents

(1)

occurred within and on the perimeter of the institutional chaple. These incidents occurred during an allotted time, when there were no Islamic groups schedule for the chaple. The first incident involved an unknown prisoner whom wrote racist remarks on the restroom wall along with a swastika. The second incident also involved an unknown prisoner or prisoners whom burglarized an utility shed located on the chaple grounds. Needless to say, that both incidents centered around the security and not the issue of a religious sect having an outside sponsor to occupy the chaple. Due to the fact that no Islamic group has a sponsor that can attend every service, every scheduled time, it is a clear and direct assault on the Islamic communities and a violation of our first Amendment rights, and equal treatment under the law.

## Remedy

We respectably request that our Service(s) be held in the institutional chaple, and not the East Gym.

# DONALDSON CHAPEL ACTIVITIES – AUGUST 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | | **1** 9:30 - 11:00 (Gym) MORRISH SCIENCE; 11:30-12:30 (Gym) NATIONS OF GODS & EARTH; 11:00 - 1:00 Sunni Ed Feast (LIST DRIVEN) |
| **2** 9:30-11 a.m. SUNDAY SCHOOL; 11:15 a.m. - 12:45 p.m. BETHEL; 2-3:30 p.m. GUIDING LIGHT; 5:30-7:00 p.m. CH OF HIGHLANDS | **3** 8:00-10:00 Laubach; 11:00 ANGEL TREE INTERVIEWS; 2:00 - 4:00 Music Team; 5:30 - 7:00 Priase and Worship | **4** 8:00-9:30 Accel Learnign; 2:15-3:30 p.m. Nation of Islam; 2:00-4:00 (Vis Yard) AUB PRIS ART/ED; 5:30 - 7:00 Fatherhood Initiative | **5** 8:00-9:30 a.m. Catholic Services, Kairos, Native American, Wicca, Jehovah Witness; 11:00-1:00 MINISTRY TEAM TRAINING; 1:00 - 2:00 USHER TEAM; 2:00 - 3:30 BRIARWOOD; 6:30 - 7:30 AA; 6:30 - 8:30 True Measure Of A Man (Vis Yard) | **6** 8:00 a.m. - 10:00 a.m. LONG DIS DADS & JOBS FOR LIFE; 8:00 - 9:30 a.m. Odinist Service; 12:00-1:30 p.m. UAB BODY HEALTH; 2:00 - 3:30 p.m. NATION OF GODS & EARTHS; 2:00-4:00 (Vis Yard) AUB PRIS ART/ED; 6-8:30 p.m. Life Group (Vis Yard) | **7** 8-10:00 Laubach; 11:00 a.m. - 12:00 p.m. Nation of Islam Juma; 12:15-1:15 Suni Juma; 1:30-3:00 Morrish Science; 3:15 - 4:45 Music Team | **8** 9:30 - 11:00 MORRISH SCIENCE; 11:30-12:30 NATIONS OF GODS & EARTH; 1:00-2:30 p.m. Sunni Service; CARE PACKAGE DISTRIB CH OF HIGHLANDS (GYM) |
| **9** 9:30-11 a.m. SUNDAY SCHOOL; 11:15 a.m. - 12:45 p.m. FISHERS OF MEN; 2-3:30 p.m. GOSPEL LIGHT; 5:30-7:00 p.m. CHURCH OF THE HIGHLANDS | **10** 8:00-10:00 Laubach; 2:00 - 4:00 Music Team; 5:30 - 7:00 Priase and Worship | **11** 8:00-9:30 Accel Learnign; 2:15-3:30-p.m. Nation of Islam; 2:00-4:00 (Vis Yard) AUB PRIS ART/ED; 5:30 - 7:00 Fatherhood Initiative | **12** 8:00-9:30 a.m. Catholic Services, Kairos, Native American, Wicca, Jehovah Witness; 11:00-1:00 MINISTRY TEAM TRAINING; 1:00 - 2:00 USHER TEAM; 2:00 - 3:30 FAITH CHAPEL; 6:30 - 7:30 AA; 6:30 - 8:30 True Measure Of A Man (Vis Yard) | **13** 8:00 a.m. - 10:00 a.m. LONG DIS DADS & JOBS FOR LIFE; 8:00 - 9:30 a.m. Odinist Service; 12:00-1:30 p.m. UAB BODY HEALTH; 2:00 - 3:30 p.m. NATION OF GODS & EARTHS; 2:00-4:00 (Vis Yard) AUB PRIS ART/ED; 6-8:30 p.m. Life Group (Vis Yard) | **14** 8-10:00 Laubach; 11:00 a.m. - 12:00 p.m. Nation of Islam Juma; 12:15-1:15 Suni Juma; 1:30-3:00 Morrish Science; 3:15 - 4:45 Music Team | **15** 7:00 a.m. - 4:00 p.m. KAIROS ALUMNI; 9:30 - 11:00 MORRISH SCIENCE (GYM); 11:30-12:30 NATIONS OF GODS & EARTH (GYM); 1:00-2:30 p.m. Sunni Service (Gym) |
| **16** 9:30-11 a.m. SUNDAY SCHOOL; 11:15 a.m. - 12:45 p.m. WESTWOOD; 2-3:30 p.m. BETHEL; 5:30-7:00 p.m. CHRISTIANS CONCERNED | **17** 8:00-10:00 Laubach; 12:00 - 1:30 African American History; 2:00 - 4:00 Music Team; 5:30 - 7:00 Priase and Worship | **18** 8:00-9:30 Accel Learnign; 2:15-3:30-p.m. Nation of Islam; 2:00-4:00 (Vis Yard) AUB PRIS ART/ED; 5:30 - 7:00 Fatherhood Initiative | **19** 8:00-9:30 a.m. Catholic Services, Kairos, Native American, Wicca, Jehovah Witness; 8:30-10:30 a.m. UA African American Literature (Vis Yard); 11:00-1:00 MINISTRY TEAM TRAINING; 1:00 - 2:00 USHER TEAM; 2:00 - 3:30 WARRIORS INTL; 6:30 - 7:30 AA; 6:30 - 8:30 True Measure Of A Man (Vis Yard) | **20** 8:00 a.m. - 10:00 a.m. LONG DIS DADS & JOBS FOR LIFE; 8:00 - 9:30 a.m. Odinist Service; 12:00-1:30 p.m. UAB BODY HEALTH; 2:00 - 3:30 p.m. NATION OF GODS & EARTHS; 2:00-4:00 (Vis Yard) AUB PRIS ART/ED; 6-8:30 p.m. Life Group (Vis Yard) | **21** 8-10:00 Laubach; 11:00 a.m. - 12:00 p.m. Nation of Islam Juma; 12:15-1:15 Suni Juma; 1:30-3:00 Morrish Science; 3:15 - 4:45 Music Team | **22** 9:30 - 11:00 MORRISH SCIENCE; 11:30-12:30 NATIONS OF GODS & EARTH; 1:00-2:30 p.m. Sunni Service |
| **23** 9:30-11 a.m. SUNDAY SCHOOL; 11:15 a.m. - 12:45 p.m. GLORYLAND; 12:30-2:00 CATHOLIC MASS; 2-3:30 p.m. HUNTER STREET; 5:30-7:00 p.m. CH OF HIGHLANDS | **24** 8:00-10:00 Laubach; 12:00 - 1:30 African American History; 2:00 - 3:30 Music Team; 5:30 - 7:00 LAMP LIGHTER REVIVAL | **254** 8:00-9:30 Accel Learnign; 2:15-3:30-p.m. Nation of Islam; 2:00-4:00 (Vis Yard) AUB PRIS ART/ED; 5:30 - 7:00 LAMP LIGHTER REVIVAL; 5:30 - 7:00 Fatherhood Initiative (Vis Yard) | **26** 8:00-9:30 a.m. Catholic Services, Kairos, Native American, Wicca, Jehovah Witness; 8:30-10:30 a.m. UA African American Literature (Vis Yard); 11:00-1:00 MINISTRY TEAM TRAINING; 1:00 - 2:00 USHER TEAM; 2:00 - 3:30 Worship Service; 6:30 - 7:30 AA; 6:30 - 8:30 True Measure Of A Man (Vis Yard) | **27** 8:00 a.m. - 10:00 a.m. LONG DIS DADS & JOBS FOR LIFE; 8:00 - 9:30 a.m. Odinist Service; 12:00-1:30 p.m. UAB BODY HEALTH; 2:00 - 3:30 p.m. NATION OF GODS & EARTHS; 2:00-4:00 (Vis Yard) AUB PRIS ART/ED; 6-8:30 p.m. Life Group (Vis Yard) | **28** 8-10:00 Laubach; 11:00 a.m. - 12:00 p.m. Nation of Islam Juma; 12:15-1:15 Suni Juma; 1:30-3:00 Morrish Science; 3:15 - 4:45 Music Team | **29** 9:30 - 11:00 MORRISH SCIENCE; 11:30-12:30 NATIONS OF GODS & EARTH; 1:00-2:30 p.m. Sunni Service |
| **30** 9:30-11 a.m. SUNDAY SCHOOL; 11:15 a.m. - 12:45 p.m. BETHEL; 2-3:30 p.m. MT CANAAN; 5:30-7:00 p.m. CH OF HIGHLANDS | **31** 8:00-10:00 Laubach; 12:00 - 1:30 African American History; 2:00 - 4:00 Music Team; 5:30 - 7:00 | | | | | |

"Exhibit B"

George Adams, Chaplain     7/21/15

Adams

To: Whatever Warden in Charge
To: Commissioner Jeff Dunn

From: Craig Evans
AIS #271252
Re: Nation of Islam
8-4-15

On this day, 8-4-15, the Nation of Islam service was Relegated to the gym because of an educational class being conducted in the chapel. Donaldson Corr. Facility has an educational wing that can accommodate any and all classes. All Islamic services has at some time been Relegated to the gym for one Reason or another and no Christian service has suffered similar fate.

All Islamic services has been scheduled and no educational class should supersede them in the one place delegated for spiritual worship. This has been an ongoing issue. Any further attempts to blatantly discriminated will be Resolved in Federal court immediately.

: The fans are too loud for us to speak over in the gym.
: In the height of summer we are entitled to same place of worship as everyone else.
: Discriminatory treatment because of Religious affiliation is strictly prohibited by 1st Amendment.

x Craig Evans  #271252

"Exhibit C"

Bryant Evans AIS #186476
100 Warrior Ln
Bessemer, AL 35023

**SECURITY**

SEP 09 2015

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Clerk
U.S. District Court
Northern District
1729 5th Ave North
Bham, Ala 35203